NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD LEYTON,                        )
                                       )
        Appellant,                     )
                                       )
v.                                     )        Case No. 2D17-4892
                                       )
JANETTE ROMERO f/k/a                   )
JANETTE LEYTON,                        )
                                       )
        Appellee.                      )
                                       )
_____)

Opinion filed October 3, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pasco County;
Alicia Polk, Judge.

Richard Leyton, pro se.

Charles D. Radeline of Radeline Law Firm,
PLC, Palm Harbor, for Appellee.


PER CURIAM.

        Affirmed.


SILBERMAN, LUCAS, and SALARIO, JJ., Concur.